IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSELLA LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 22-cv-05843 |
| | ) | The Honorable Judge Wood |
| UNIVERSITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) MOTION TO DISMISS

Defendant University of Chicago ("University"), by and through its attorneys, Cozen O'Connor, submits this Motion to Dismiss Plaintiff's Complaint.

1. On October 24, 2022, Plaintiff filed her Complaint (Dkt. #1) in this case.

2. The complaint alleges race discrimination in pay and constructive discharge and seeks to assert three claims: a claim under Title VII of the Civil Rights Act of 1864; a claim under 42 U.S.C. Section 1981; and a claim under the Illinois Equal Pay Act of 2003.

3. On October 26, 2022, the University waived service; due to the waiver of service, the University's deadline to answer or move to dismiss the Complaint became December 26, 2022.

4. The University now timely moves to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6).

5. The Court should dismiss the Complaint because: (1) the Complaint fails to allege facts supporting the allegation that Plaintiff was underpaid because of her race; (2) the Complaint's allegations of overwork do not rise to the level of adverse employment actions; (3) even if the Court finds the pay disparity and adverse employment action allegations adequate, the Court should dismiss the constructive discharge component of the Complaint because the

allegations fall far short of stating such a claim; and (4) the Court should also dismiss Plaintiff's claim under the Illinois Equal Pay Act of 2003 because she has not pled facts showing her job was substantially equal, based on actual job content and performance, to that of the co-worker to whom she compares herself in alleging she was underpaid due to her race.

6.      For the reasons stated above and explained in greater detail in the accompanying Memorandum of Law in Support of Motion to Dismiss, the University respectfully requests that the Court dismiss the Complaint for failure to state a claim on which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  December 20, 2022            Respectfully submitted,

                                     By:    /s/  *Jacob M. Rubinstein*
                                            Jacob M. Rubinstein (jrubinstein@cozen.com)
                                            COZEN O'CONNOR
                                            123 North Wacker Drive, Suite 1800,
                                            Chicago, Illinois 60606
                                            (312) 474-7900
                                            jrubinstein@cozen.com
                                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 20, 2022, he electronically filed the attached Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss with the Clerk of the United States District Court for the Northern District of Illinois using the ECF system, which will send notification of such filing to all counsel of record as follows:

Ruth I. Major
The Law Offices of Ruth I. Major, P.C.
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
Phone: 312-893-7544
rmajor@major-law.com
*Attorney for Plaintiff*

                                          s/ *Jacob M. Rubinstein*
                                           Jacob M. Rubinstein