# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rosella Lewis

                    Plaintiff,

v.                                                  Case No.: 1:22−cv−05843
                                                    Honorable Jeremy C. Daniel

University Of Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling:The parties' Joint Motion for Entry of Agreed Confidentiality Order [44] is granted. Enter Agreed Confidentiality Order. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.